**Opinion issued October 11, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00137-CR

————————————

## JAWAID PARKER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Case No. 1435056

## MEMORANDUM OPINION

Appellant, Jawaid Parker, attempts to appeal from the trial court's order that granted the State's motion for continuance. We dismiss the appeal.

The record reflects that the trial court granted the State's motion for continuance on January 19, 2016. Appellant filed a notice of appeal from the trial court's order granting the State's motion for continuance on February 11, 2016.

The right to appeal in a criminal case is a statutorily created right. TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006); *Bayless v. State*, 91 S.W.3d 801, 805 (Tex. Crim. App. 2002). Generally, a criminal defendant may only appeal from a final judgment. *State v. Sellers*, 790 S.W. 2d 316, 321 n. 4 (Tex. Crim. App. 1990). The courts of appeals do not have jurisdiction to review interlocutory orders in a criminal appeal absent express statutory authority. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *Means v. State*, 825 S.W.2d 260, 260–61 (Tex. App.— Houston [1st Dist.] 1992, no pet.). The granting of a motion for continuance is not a separately appealable order. *See Apolinar*, 820 S.W.2d at 794 (courts of appeals do not have jurisdiction to review interlocutory orders absent express statutory authority).

On August 4, 2016, we notified appellant that his appeal was subject to dismissal for want of jurisdiction unless he filed a written response showing how this Court has jurisdiction over this appeal. Appellant did not adequately respond.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss all pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Huddle.

Do not publish.   TEX. R. APP. P. 47.2(b).